**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **PAMELA FIELDS,** | ) | CASE NO: **24-13200 – CH 7** |
| DEBTOR(S), | ) | |
| | ) | |
| | ) | |
| | ) | |
| **PAMELA FIELDS,** | ) | ADV. PRO. **24-** |
| | ) | |
| | ) | |
| PLAINTIFF(S), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **INTERNAL REVENUE SERVICE** and | ) | |
| **STATE OF ALABAMA, DEPARTMENT** | ) | |
| **OF REVENUE,** | ) | |
| | ) | |
| DEFENDENTS(S), | ) | |
| | ) | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 523. This adversary proceeding related to the captioned Bankruptcy case under Chapter 7 now pending in this Court and is brought to determine dischargability of certain Debtor(s) tax obligations to the Internal Revenue Service and the State of Alabama, Department of Revenue. Venue is proper in this Court pursuant to 28 U.S.C. § 1409. This Complaint is a core proceeding.

1. Debtor(s), Pamela Fields, is indebted to the Internal Revenue Service as follows:

| AMOUNT | TAX PERIOD |
|---|---|
| $10,770.41 | 12/31/2008 |

2. Debtor(s), Pamela Fields, is indebted to the State of Alabama, Department of Revenue as follows:

| AMOUNT | TAX PERIOD |
|---|---|
| $737.51 | 12/31/2009, 12/31/2010 |

$2,794.34                                        12/31/2012

3.        Debtor(s), Pamela Fields, Social Security Number and Tax Identification Number(s) are: XXX-XX-8901.  Debtor(s), Pamela Fields, are indebted to the Internal Revenue Service and the Alabama Department of Revenue for taxes more than 270 days past due.

4.        Debtor(s), Pamela Fields, tax obligations are more than 3 years old and were assessed more than 240 days prior to filing.

WHEREFORE, after notice and a hearing, Debtor(s) pray for the entry of an order discharging the taxes scheduled above. Debtor(s) request such other, further and different relief to which they may be entitled, the premises considered.

Dated this Tuesday, August 21, 2018.

Respectfully submitted,

*/s/ Allyson C. Pearce*
**Allyson C. Pearce**
Attorney at Law
P.O. Box 609
Foley, Alabama 36536
(251) 971-2676
allyson@pearcelawfirm.com

## CERTIFICATE OF SERVICE

I, **Allyson C. Pearce**, do hereby certify that a true and correct copy of the foregoing document has been served upon the below listed parties by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed, unless otherwise listed as a party below containing an electronic mail address, in which they were served via electronic filing on the same day, Friday, December 20, 2024.

*\*SENT BY CERTIFIED MAIL*

| | | |
|---|---|---|
| **D. Parker Sweet** | | **Emma Sloan** |
| P.O. Box 537 | **Pamela Fields** | United States Attorney's Office |
| Daphne, AL 36526 | 7055 Williamsburg Court | 63 South Royal Street |
| (251) 626-3322 | Irvington, AL 36544 | Ste. 600 |
| (251) 626-4799 (fax) | | Mobile, AL 36602 |
| parker@sweetlawalabama.com | | 251-415-7206 |
| | | 251-441-5051 (fax) |
| | | emma.sloan@usdoj.gov |

*SENT BY CERTIFIED MAIL

**U.S. Department of Justice**
United States of America
C/o Monty Wilkinson – Attorney General
950 Pennsylvania Ave. N.W.
Washington, DC 20530

*SENT BY CERTIFIED MAIL

**Internal Revenue Service**
In Re: Bankruptcy
P.O. Box 7346
Philadelphia, PA 19101-7346

*SENT BY CERTIFIED MAIL

**Internal Revenue Service**
PO Box 7317
Philadelphia, PA 19101-7317

*SENT BY CERTIFIED MAIL

**Sarah Harwell**
Assistant Attorney General, State of Alabama
Assistant Counsel, Department of Revenue
P.O. Box 320001
Montgomery, AL 36132-0001
Sarah.harwell@revenue.alabama.gov

*SENT BY CERTIFIED MAIL

**State of Alabama, Department of Revenue**
Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001

**State of Alabama, Department of Revenue**
C/o Collection Services Division
P.O. Box 327820
Montgomery, AL 36132-7820

/s/ Allyson C. Pearce
**Allyson C. Pearce**